NO. PD-0989-15

| ARTURO SANCHEZ ALMAGUER | § | |
| (Appellant/Petitioner) | § | IN THE |
| v. | § | |
| | § | COURT OF CRIMINAL APPEALS |
| THE STATE OF TEXAS | § | |
| (Appellee/Respondent) | § | OF TEXAS AT AUSTIN |

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 27 2015

Abel Acosta, Clerk

MOTION TO SUSPEND T.R.A.P. RULE 9.3

NUMBER OF COPIES

FILED IN
COURT OF CRIMINAL APPEALS

AUG 27 2015

Abel Acosta, Clerk

TO THE HONORABLE JUDGE[S] OF SAID COURT:

Comes now, ARTURO SANCHEZ ALMAGUER, pro se, and files this Motion to suspend Rule 9.3, Number of Copies, and in support of this motion would show the following:

I.

Appellant/Petitioner is a prisoner in the TDCJ-ID McConnell Unit in Beeville, Texas. This motion and the Petition for Discretionary Review are filed prose. As a prisoner there is no access to a copier and there is no one to help outside prison. Therefore Appellant/Petitioner has no way to create the number of copies required by Rule 9.3 and therefore humbly requests that this Honorable Court suspend Rule 9.3 number of copies and accept the Petition for Discr3tionary Review as one original copy.

Respectfully submitted on this

19 day of August ,2015

By: Arturo Almaguer SanChez

Arturo Sanchez Almaguer #1918635

3001 S. Emily Dr.

Beeville, TX 78102

1. of 2.